UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __10__

__Wright__
-v-
__Waterside Plaza PLLC__

U.S.C.A. # _____

U.S.D.C. # __07-cv-9303__

JUDGE: __DC__

DATE: __May 12, 2008__

*[Stamp: U.S. DISTRICT COURT FILED MAY 12 2008]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** --------

**DOCUMENT DESCRIPTION**                                                    **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **

** ALL OTHERS MISSING AT THIS TIME **

(✓) Original Record                                              (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A for the Second Circuit on the 12th Day of May, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Wright
-v-
Waterside Plaza LLC.

U.S.C.A. # _____

U.S.D.C. # 07-cv-9303

JUDGE: DC

DATE: May 12, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __9__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed          Document Description

__BALANCE OF FILE MISSING AT THIS TIME__

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 12th Day of June, In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-09303-DC
### Internal Use Only

Wright v. Waterside Plaza LLC (WPLLC) et al
Assigned to: Judge Denny Chin
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 10/17/2007
Date Terminated: 04/02/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2007 | 1 | COMPLAINT against Waterside Plaza LLC (WPLLC), Waterside Tenants Association (WTA), David Rosenberg. (Filing Fee $ 350.00, Receipt Number 629837)Document filed by Raymond Wright.(jeh) (Entered: 10/18/2007) |
| 10/17/2007 | | SUMMONS ISSUED as to Waterside Plaza LLC (WPLLC), Waterside Tenants Association (WTA), David Rosenberg. (jeh) (Entered: 10/18/2007) |
| 10/17/2007 | | Magistrate Judge Ronald L. Ellis is so designated. (jeh) (Entered: 10/18/2007) |
| 10/31/2007 | 2 | AMENDED COMPLAINT amending 1 Complaint against Waterside Plaza LLC (WPLLC), Waterside Tenants Association (WTA), David Rosenberg.Document filed by Raymond Wright. Related document: 1 Complaint filed by Raymond Wright.(djc) (Entered: 11/05/2007) |
| 10/31/2007 | 3 | NOTICE OF CASE REASSIGNMENT to Judge Denny Chin. Judge Richard J. Holwell is no longer assigned to the case. (laq) (Entered: 11/05/2007) |
| 10/31/2007 | 4 | AFFIRMATION OF SERVICE. David Rosenberg served on 10/17/2007, answer due 11/6/2007. Service was accepted by L. Boykin. Document filed by Raymond Wright. (dle) (Entered: 11/06/2007) |
| 10/31/2007 | 5 | AFFIRMATION OF SERVICE. Waterside Plaza LLC (WPLLC) served on 10/17/2007, answer due 11/6/2007. Service was accepted by Eileen Bennett. Document filed by Raymond Wright. (dle) (Entered: 11/06/2007) |
| 10/31/2007 | 6 | AFFIRMATION OF SERVICE. Waterside Tenants Association (WTA) served on 10/17/2007, answer due 11/6/2007. Service was accepted by N. Reeves-Bey. Document filed by Raymond Wright. (dle) (Entered: 11/06/2007) |
| 11/28/2007 | 7 | LETTER addressed to Judge Denny Chin from Mr. Wright dated 11/28/07 re: letter clarifying complaint. Document filed by Raymond Wright.(djc) (Entered: 12/14/2007) |
| 04/02/2008 | 8 | MEMORANDUM DECISION: For the reasons set forth herein, the complaint is dismissed, with prejudice and without costs. The Clerk of Court is directed to close this case. (Signed by Judge Denny Chin on 4/2/08) (dle) (Entered: 04/02/2008) |
| 05/02/2008 | 9 | NOTICE OF APPEAL from 8 Order. Document filed by Raymond Wright. Mailed to attorney(s) of record: Corporation Counsel. (tp) (Entered: 05/12/2008) |
| 05/02/2008 | | Appeal Remark as to 9 Notice of Appeal filed by Raymond Wright. $455.00 APPEAL FEE DUE. (tp) (Entered: 05/12/2008) |
| 05/12/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 9 Notice of Appeal. (tp) (Entered: 05/12/2008) |
| 05/12/2008 | | Transmission of Notice of Appeal to the District Judge re: 9 Notice of Appeal. (tp) (Entered: 05/12/2008) |